UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN L. WILLLIAMS,<br><br>      Plaintiff,<br><br>   -against-<br><br>NYU HOSPITAL CENTER FINANCE &<br>PAYROLL SUPPORT,<br><br>      Defendants. | 19-CV-11612 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued April 14, 2020, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed for failure to state a claim. *See* 28 U.S.C. § 1915(e)(2)(B)(ii).

  Chambers will mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: April 14, 2020
    New York, New York

                    *Louis L. Stanton*
                     Louis L. Stanton
                       U.S.D.J.